**STATE v. RAWLS**

[366 N.C. 384 (2012)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From Craven County |
| | ) | |
| MATTHEW VERNON RAWLS. | ) | |

No. 502P12

## ORDER

The defendant's *pro se* petition for writ of habeas corpus in this matter is allowed for the limited purpose of remanding to the Superior Court of Craven County, to conduct a habeas corpus proceeding within ten days of the date of this order. The defendant's *pro se* motion to proceed *in forma pauperis* is allowed.

By Order of this Court, this 11th day of January, 2013.


s/Beasley, J.
For the Court